IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LORENZO ARMENTERO,<br><br>Plaintiff,<br><br>vs.<br><br>LEA ANN CHRONES, et al.,<br><br>Defendants. | 1:06-CV-01093-OWW-LJO-P<br><br>ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS WITH PLAINTIFF'S SIGNATURE, **OR** PAY FILING FEE |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a certified copy of his prison trust account statement. However, plaintiff's application to proceed in forma pauperis did not include plaintiff's signature. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 7-131. Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis with plaintiff's signature, **or** in the alternative, pay the $350.00 filing fee for this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis with plaintiff's signature, or in the alternative, pay

1  the $350.00 filing fee for this action. Plaintiff is not required to submit another certified copy of his
2  prison trust account statement. Failure to comply with this order will result in a recommendation that
3  this action be dismissed.
4  IT IS SO ORDERED.
5  **Dated:  September 27, 2006**          /s/ Lawrence J. O'Neill
   b6edp0                                  UNITED STATES MAGISTRATE JUDGE